UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>STEVEN WATSON,<br><br>Defendant. | Case No. 15-cr-10210-NMG |

### DEFENDANT STEVEN WATSON'S ASSENTED-TO MOTION TO SEAL

Pursuant to Local Rule 7.2, defendant Steven Watson hereby respectfully requests leave to file under seal his Sentencing Memorandum dated November 10, 2016. As grounds for this Motion, Mr. Watson states that the Sentencing Memorandum contains sensitive information regarding Mr. Watson's cooperation with the government that has not been made public. The Government assents to this Motion.

Dated: November 10, 2016

Respectfully submitted,

STEVEN WATSON

By his attorneys,

/s/ Roberto M. Braceras
Roberto M. Braceras (BBO# 566816)
Catherine G. Curley (BBO # 687568)
Goodwin Procter LLP
100 Northern Avenue
Boston, MA 02210
Tel: (617) 570-1000
Fax: (617) 523-1231
rbraceras@goodwinprocter.com
ccurley@goodwinprocter.com

*Motion allowed.* /s/ NMGorton, USDJ 11/14/16